| IKE SPEARS | * | NO. 2024-CA-0075 |
|------------|---|-------------------|
| VERSUS | * | COURT OF APPEAL |
| WILLIAM W. HALL | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

\* \* \* \* \* \* \*

**JENKINS, J., CONCURS IN THE RESULT**